

# IBERVILLE PARISH
## Clerk of Court
### ⚜ Amy Matirne Patin ⚜

December 29, 2021

I, Jacelyn C. Tatten, Deputy Clerk of Court in and for the Parish of Iberville, State of Louisiana do hereby certify that the foregoing copy of Suit #81,222 B, Ulysses Douglas and Tina Douglas versus Union Pacific Railroad Company is a true and correct complete copy of the original record filed herein.

Witness my hand and seal of this office this 29th day of December, 2021.

Jacelyn C. Tatten
Deputy Clerk of Court
Iberville Parish

# EXHIBIT A

58050 Meriam Street ⚜ P.O. Box 423 ⚜ Plaquemine, Louisiana 70764 ⚜ Phone: (225) 687-5160 ⚜ Fax: (225) 687-5260

# WILLIS & BUCKLEY, APC

3723 CANAL STREET
NEW ORLEANS, LOUISIANA 70119
TELEPHONE: (504) 488-6301
FACSIMILE: (504) 488-6302

JENNIFER N. WILLIS*
jenniferw@willisbuckley.com

JENNIFER S. MARTINEZ
jenniferm@willisbuckley.com

OF COUNSEL
SAMUEL O. BUCKLEY, III*
sam@willisbuckley.com

*ALSO ADMITTED IN COLORADO

November 23, 2021

**VIA FEDERAL EXPRESS**

Ms. Amy Patin
Clerk of Court
18th Judicial District Court
Parish of Iberville
58050 Meriam Street, First Floor
Plaquemine, Louisiana    70764

NOV 29 2021

Re:   Ulysses Douglas and Tina Douglas v.
      Union Pacific Railroad Company
      Our File No. 21-1280

Dear Clerk:

Enclosed please find the original and three (3) copies of the Petition for Wrongful Death and Survival Damages and Civil Cover Sheet which have been prepared on behalf of plaintiffs, Ulysses Douglas and Tina Douglas. Please file the original Petition into the record, forward the service copies to the sheriff for service on the defendant, and return a stamped copy in the enclosed, self-addressed envelope. Also enclosed are our firm checks, in the amount of $400.00 to the Clerk of Court and $39.36 to the East Baton Rouge Parish Sheriff, in payment of the filing and service fees.

If you have any questions in this regard, please do not hesitate to contact me or my assistant, Sue. Thank you for your assistance in this regard.

Very truly yours,

Jennifer N. Willis

JNW/sk
Enclosures

# APPENDIX 9.6
## LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:** ULYSSES DOUGLAS AND TINA DOUGLAS

vs.

UNION PACIFIC RAILROAD COMPANY

**Court:** 18th Judicial District Court     **Docket Number:** 81,222 B

**Parish of Filing:** Iberville     **Filing Date:** November 23, 2021

**Name of Lead Petitioner's Attorney:** Jennifer N. Willis

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 2     **Number of named defendants:** 1

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- __ Auto: Personal Injury
- __ Auto: Wrongful Death
- __ Asbestos: Property Damage
- __ Product Liability
- __ Intentional Bodily Injury
- __ Intentional Wrongful Death
- __ Business Tort
- __ Defamation
- __ Environmental Tort
- __ Intellectual Property
- __ Legal Malpractice
- __ Other Professional Malpractice
- __ Maritime
- X Wrongful Death
- __ General Negligence
- __ Auto: Property Damage
- __ Auto: Uninsured Motorist
- __ Asbestos: Personal Injury/Death
- __ Premise Liability
- __ Intentional Property Damage
- __ Unfair Business Practice
- __ Fraud
- __ Professional Negligence
- __ Medical Malpractice
- __ Toxic Tort
- X Other Tort (describe below)
- __ Redhibition
- __ Class action (nature of case)
- Survival Damages

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Wrongful death as a result of being struck by a train.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name: Jennifer N. Willis     Signature: _____

Address: Willis & Buckley, APC, 3723 Canal Street, New Orleans, Louisiana 70119

Phone number: (504) 488-6301     E-mail address: jenniferw@willisbuckley.com

18ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF IBERVILLE

STATE OF LOUISIANA

NO. 81,222                                                        DIVISION "D"

ULYSSES DOUGLAS AND TINA DOUGLAS

VERSUS

UNION PACIFIC RAILROAD COMPANY

FILED: _____     _____
                                    DEPUTY CLERK

## PETITION FOR WRONGFUL DEATH AND SURVIVAL DAMAGES

The Petition of Ulysses Douglas and Tina Douglas, persons of the full age of majority and residents of and domiciled in the State of Louisiana (hereinafter "Petitioners"), respectfully represents:

**I.**

Made defendant is Union Pacific Railroad Company (hereinafter "Union Pacific"), a foreign company authorized to do and doing business in the State of Louisiana.

**II.**

Ulysses Douglas and Tina Douglas are the sole surviving siblings of Harold Douglas. Mr. Douglas had no children, and both of his parents predeceased him.

**III.**

Venue is proper in this judicial district because the cause of action arose in Iberville Parish.

**IV.**

On November 30, 2020, Harold Douglas was hunting near the intersection of Aloysia and Highway 1, in the vicinity of railroad tracks used by defendant, Union Pacific.

**V.**

While he was hunting, Harold Douglas' dog entered the track area.

**VI.**

As Mr. Douglas was trying to remove his dog from the vicinity of the oncoming train, he was struck and killed by the approaching locomotive.

## VII.

Harold Douglas' injuries and subsequent death were caused solely and wholly by the negligence and fault of defendant, Union Pacific, in the following, non-exclusive particulars:

(1) failing to keep a proper look out;

(2) operating the train in a reckless and unsafe manner;

(3) failing to stop;

(4) failing to appropriately signal; and

(5) such other acts of negligence and/or fault that may be determined during discovery in this matter.

## VIII.

As a result of the conduct of Union Pacific, Mr. Douglas suffered excruciating injuries and ultimately died.

## IX.

Tina Douglas and Ulysses Douglas have been deprived of the society of their brother, Harold, and have suffered grief and anguish.

## X.

Plaintiffs are entitled to the following damages:

(1) Harold Douglas' physical pain and suffering prior to his death;

(2) Harold Douglas' mental pain and suffering prior to his death;

(3) funeral expenses;

(4) loss of society and companionship of their brother, Harold Douglas; and

(5) grief and anguish resulting from their brother, Harold Douglas', death.

WHEREFORE, petitioners pray that after due proceedings be had that there be judgment in their favor and against defendant, Union Pacific Railroad Company, for an amount sufficient to compensate them for the damages claimed above, for interest from date of judicial demand, for attorneys' fees, and for all equitable relief.

Respectfully submitted,

*[signature]*

JENNIFER N. WILLIS (#14877)
WILLIS & BUCKLEY, APC
3723 Canal Street
New Orleans, Louisiana   70119
Telephone:   (504) 488-6301
Facsimile:    (504) 488-6302

GARY J. GAMBEL (#19864)
MURPHY, ROGERS, SLOSS,
  GAMBEL & TOMPKINS
701 Poydras Street, Suite 400
New Orleans, Louisiana   70139
Telephone:   (504) 523-0400
Facsimile:    (504) 523-5574

ROY F. AMEDEE, JR. (#2449)
3723 Canal Street
New Orleans, Louisiana   70119
Telephone:   (504) 592-3222
Facsimile:    (504) 592-8783

***ATTORNEYS FOR PETITIONERS***

**PLEASE SERVE:**

**UNION PACIFIC RAILROAD COMPANY**
**Through its agent for service of process:**
**CT Corporation System**
**3867 Plaza Tower Drive**
**Baton Rouge, Louisiana   70816**

*[stamp: 2021 NOV 29 P 2:30, filed, Iberville, Louisiana]*

Page No. 3

APPENDIX 9.6
# LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet – LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:** ULYSSES DOUGLAS AND TINA DOUGLAS

vs.

UNION PACIFIC RAILROAD COMPANY

**Court:** 18th Judicial District Court      **Docket Number:** _____

**Parish of Filing:** Iberville      **Filing Date:** November 23, 2021

**Name of Lead Petitioner's Attorney:** Jennifer N. Willis

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 2      **Number of named defendants:** 1

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- __ Auto: Personal Injury
- __ Auto: Wrongful Death
- __ Asbestos: Property Damage
- __ Product Liability
- __ Intentional Bodily Injury
- __ Intentional Wrongful Death
- __ Business Tort
- __ Defamation
- __ Environmental Tort
- __ Intellectual Property
- __ Legal Malpractice
- __ Other Professional Malpractice
- __ Maritime
- X  Wrongful Death
- __ General Negligence
- __ Auto: Property Damage
- __ Auto: Uninsured Motorist
- __ Asbestos: Personal Injury/Death
- __ Premise Liability
- __ Intentional Property Damage
- __ Unfair Business Practice
- __ Fraud
- __ Professional Negligence
- __ Medical Malpractice
- __ Toxic Tort
- X  Other Tort (describe below)
- __ Redhibition
- __ Class action (nature of case)
- Survival Damages

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Wrongful death as a result of being struck by a train.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name  Jennifer N. Willis         Signature _____

Address  Willis & Buckley, APC, 3723 Canal Street, New Orleans, Louisiana 70119

Phone number: (504) 488-6301      E-mail address: jenniferw@willisbuckley.com

# 18ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF IBERVILLE

## STATE OF LOUISIANA

NO.                                                                                        DIVISION " "

### ULYSSES DOUGLAS AND TINA DOUGLAS

### VERSUS

### UNION PACIFIC RAILROAD COMPANY

FILED: _____         _____
                                                                DEPUTY CLERK

### PETITION FOR WRONGFUL DEATH AND SURVIVAL DAMAGES

The Petition of Ulysses Douglas and Tina Douglas, persons of the full age of majority and residents of and domiciled in the State of Louisiana (hereinafter "Petitioners"), respectfully represents:

I.

Made defendant is Union Pacific Railroad Company (hereinafter "Union Pacific"), a foreign company authorized to do and doing business in the State of Louisiana.

II.

Ulysses Douglas and Tina Douglas are the sole surviving siblings of Harold Douglas. Mr. Douglas had no children, and both of his parents predeceased him.

III.

Venue is proper in this judicial district because the cause of action arose in Iberville Parish.

IV.

On November 30, 2020, Harold Douglas was hunting near the intersection of Aloysia and Highway 1, in the vicinity of railroad tracks used by defendant, Union Pacific.

V.

While he was hunting, Harold Douglas' dog entered the track area.

VI.

As Mr. Douglas was trying to remove his dog from the vicinity of the oncoming train, he was struck and killed by the approaching locomotive.

## VII.

Harold Douglas' injuries and subsequent death were caused solely and wholly by the negligence and fault of defendant, Union Pacific, in the following, non-exclusive particulars:

(1) failing to keep a proper look out;

(2) operating the train in a reckless and unsafe manner;

(3) failing to stop;

(4) failing to appropriately signal; and

(5) such other acts of negligence and/or fault that may be determined during discovery in this matter.

## VIII.

As a result of the conduct of Union Pacific, Mr. Douglas suffered excruciating injuries and ultimately died.

## IX.

Tina Douglas and Ulysses Douglas have been deprived of the society of their brother, Harold, and have suffered grief and anguish.

## X.

Plaintiffs are entitled to the following damages:

(1) Harold Douglas' physical pain and suffering prior to his death;

(2) Harold Douglas' mental pain and suffering prior to his death;

(3) funeral expenses;

(4) loss of society and companionship of their brother, Harold Douglas; and

(5) grief and anguish resulting from their brother, Harold Douglas', death.

WHEREFORE, petitioners pray that after due proceedings be had that there be judgment in their favor and against defendant, Union Pacific Railroad Company, for an amount sufficient to compensate them for the damages claimed above, for interest from date of judicial demand, for attorneys' fees, and for all equitable relief.

Respectfully submitted,

JENNIFER N. WILLIS (#14877)
WILLIS & BUCKLEY, APC
3723 Canal Street
New Orleans, Louisiana   70119
Telephone:   (504) 488-6301
Facsimile:   (504) 488-6302

GARY J. GAMBEL (#19864)
MURPHY, ROGERS, SLOSS,
  GAMBEL & TOMPKINS
701 Poydras Street, Suite 400
New Orleans, Louisiana   70139
Telephone:   (504) 523-0400
Facsimile:   (504) 523-5574

ROY F. AMEDEE, JR. (#2449)
3723 Canal Street
New Orleans, Louisiana   70119
Telephone:   (504) 592-3222
Facsimile:   (504) 592-8783

*ATTORNEYS FOR PETITIONERS*

**PLEASE SERVE:**

**UNION PACIFIC RAILROAD COMPANY**
**Through its agent for service of process:**
**CT Corporation System**
**3867 Plaza Tower Drive**
**Baton Rouge, Louisiana   70816**

# CITATION

| | | |
|---|---|---|
| ULYSSES DOUGLAS, ET AL | | Case: 081222 |
| | | Division: B |
| Versus. | | 18th Judicial District Court |
| | | Parish of Iberville |
| UNION PACIFIC RAILROAD COMPANY | | State of Louisiana |

The State of Louisiana and said Court to
UNION PACIFIC RAILROAD COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS:
CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE, LA 70816

You are hereby summoned either to comply with the demand contained in the ORIGINAL PETITION FOR WRONGFUL DEATH & SURVIVAL DAMAGES petition of the said PLAINTIFF: ULYSSES DOUGLAS, ET AL a copy of which accompanies the citation, or deliver your answer to the said petition in the office of the Clerk of said Court, held at the Court House at Plaquemine, in said Parish, within 15 days after the service hereof, under penalty of default.

WITNESS THE HONORABLE TONYA S. LURRY, JUDGE OF SAID COURT, this 29TH day of NOVEMBER, 2021.

_____
Deputy Clerk of Court

## Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____.

**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service       $_____
                                    By: _____
Mileage       $_____                Deputy Sheriff

Total         $_____

[ FILE COPY ]

# CITATION



ULYSSES DOUGLAS, ET AL

Versus

UNION PACIFIC RAILROAD COMPANY

Case: 081222
Division: B
18th Judicial District Court
Parish of Iberville
State of Louisiana

The State of Louisiana and said Court to
UNION PACIFIC RAILROAD COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS:
CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE, LA 70816

**RETURN**

You are hereby summoned either to comply with the demand contained in the ORIGINAL PETITION FOR WRONGFUL DEATH & SURVIVAL DAMAGES petition of the said PLAINTIFF: ULYSSES DOUGLAS, ET AL a copy of which accompanies the citation, or deliver your answer to the said petition in the office of the Clerk of said Court, held at the Court House at Plaquemine, in said Parish, within 15 days after the service hereof, under penalty of default.

WITNESS THE HONORABLE TONYA S. LURRY, JUDGE OF SAID COURT, this 29TH day of NOVEMBER, 2021.

_Deputy Clerk of Court_

## Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____

**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service $ _____
Mileage $ _____
Total $ _____

By: _____
Deputy Sheriff

I made service on the named party through the CT Corp ☐ LA Corp & Registered Agent Services
DEC 06 2021
by tendering a copy of this document to
☐ Abby Sarmiento    ☐ Brenna Beauregard
☑ Ashley Minvielle   ☐ Allison Reed
DEPUTY BRYAN SIMMONS
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

[ RETURN COPY ]