UNITED STATES DISTRICT COURT

MIDDLE DISRICT OF LOUISIANA

ULYSSES DOUGLAS AND
TINA DOUGLAS

          CIVIL ACTION

VERSUS           NO.  22-07-JWD-SDJ

UNION PACIFIC RAILROAD
COMPANY

## JUDGMENT

For written reasons previously assigned, (Doc. 13), and Plaintiffs having failed to amend the operative complaint to cure all deficiencies as ordered,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of Defendant Union Pacific Railroad Company against Plaintiffs Ulysses Douglas and Tina Douglas, dismissing all claims by Plaintiffs against Defendant with prejudice.

Signed in Baton Rouge, Louisiana, on <u>October 26, 2022</u>.

          **JUDGE JOHN W. deGRAVELLES**
          **UNITED STATES DISTRICT COURT**
          **MIDDLE DISTRICT OF LOUISIANA**

JURY